IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Shakara Murphy, ) | C/A No.: 3:17-cv-02914-CMC-SVH |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **STIPULATION OF DISMISSAL** |
| Benjamin Fields, Leon Lott in his official ) | **WITH PREJUDICE** |
| capacity as Sheriff of Richland County, ) | |
| Richland County Sheriff's Department, ) | |
| and Richland County, ) | |
| ) | |
| Defendants. ) | |
| ) | |

The Plaintiff, by and through her undersigned attorney, and Defendants, by and through their undersigned attorneys, pursuant to the Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), file this Stipulation of Dismissal with prejudice.

**WE SO STIPULATE:**

**McGowan, Hood & Felder, LLC**

By:/s/ Robert V. Phillips
   Robert V. Phillips
   Fed. I.D. No. 07653
   1539 Health Care Drive
   Rock Hill, SC 29732

   Attorneys for Shakara Murphy

**The Pauley Law Firm, LLC**

By:/s/ Michael S. Pauley
   Michael S. Pauley
   Fed. I.D. No. 6183
   Post Office Box 2189
   Lexington, SC 29072

   Attorney for Benjamin Fields

**Holcombe Bomar, P.A.**

By:/s/ A. Todd Darwin
   A. Todd Darwin
   Fed. I.D. No. 6382
   101 W. St. John Street, Suite 200
   Spartanburg, South Carolina 29306

   Attorneys for Leon Lott in his official
   capacity as Sheriff of Richland County,
   Richland County Sheriff's Department,
   and Richland County