FILED: May 13, 2020

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 19-2322
(3:17-cv-02914-CMC)
_____

SHAKARA MURPHY

        Plaintiff - Appellee

v.

BENJAMIN FIELDS

        Defendant - Appellant

 and

RICHLAND COUNTY SHERIFF'S DEPARTMENT

        Defendant

_____

O R D E R
_____

Upon consideration of the motion to voluntarily dismiss this case pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure, and there appearing no opposition, the court grants the motion.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk