AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

Shakara Murphy,
*Plaintiff*
v.

Benjamin Fields, Leon Lott in his official capacity
as the Sheriff of Richland County, Richland County
Sheriff's Department, Richland County, Robert
Long and KaRon Webb,
*Defendant*

)
)
)
)
)

Civil Action No.    3:17-cv-02914-CMC

### JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

■ the plaintiff, Shakara Murphy, take nothing of the defendants, Robert Long and KaRon Webb, as to the fifth cause of action and, this action is dismissed with prejudice as to that cause as to those defendants.

■ the plaintiff, Shakara Murphy, take nothing of the defendants, Leon Lott in his official capacity as the Sheriff of Richland County and Richland County, and this action is dismissed with prejudice as to those defendants.

■ summary judgment is entered in favor of the defendant, Benjamin Fields, as to the first, third, and fourth causes of action.  The plaintiff, Shakara Murphy, shall take nothing of the defendant, Benjamin Fields, and this action is dismissed with prejudice as to those causes as to that defendant.

■ summary judgment is entered in favor of the defendant, Richland County Sheriff's Department, as to the third and fourth causes of action.  The plaintiff, Shakara Murphy, shall take nothing of the defendant, Richland County Sheriff's Department, and this action is dismissed with prejudice as to those causes as to that defendant.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

■ decided by the Court, the Honorable Cameron McGowan Currie, Senior US District Judge, presiding.  The Court having adopted the Reports and Recommendations of US Magistrate Judge Paige J. Gossett, granting defendants Long and Webb's motion to dismiss and granting in part defendant Fields and Richland County Sheriff's Department's motion for summary judgment and, having dismissed defendants Lott and Richland County.

Date:  May 14, 2020

*ROBIN L. BLUME, CLERK OF COURT*

s/Charles L. Bruorton
_____
*Signature of Clerk or Deputy Clerk*